390 A.2d 297

Commonwealth v. Pettie, Appellant.

Argued March 23, 1978. William P. Thorn, for appellant; Kenneth G. Biehn, District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.

HOFFMAN and PRICE, JJ., dissented.

SPAETH, J., did not participate in the consideration or decision of this case.